# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160337(27)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRANDON LEWIS CAIN,
      Defendant-Appellant.
_____/

SC: 160337
COA: 348562
Wayne CC: 12-003375-FC

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for his application for leave to appeal is GRANTED. The application submitted on October 7, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2019



Clerk